FILED

2022 SEP 20 PM 2:31

Shannon Irons
PO Box 1063
Venice CA 90294
818 850 8037
shannoh@yahoo.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON IRONS<br><br>Individual<br><br>Plaintiff,<br><br>vs.<br><br>Charter Communications branded as Spectrum<br><br>Defendant(s) | Case No.: 2:22-CV-06762-GW-JEM(x)<br><br>California Unruh Civil Rights Act CC51.b<br><br>United States Code §2000a |

Date: 9/20/2022

## JURISDICTION AND VENUE

SPECTRUM DISCRIMINATES AGAINST HOMELESS - 1

1. The court has jurisdiction over this action whereby violates U.S.C. §2000a and pursuant to 28 U.S.C. § 1331 (Federal question).

2. Venue lies in the Central District of California, the judicial district in which the claim arose, pursuant to 28 U.S.C. § 1391.

3. This is an action for injunctive relief and damages pursuant to 42 U.S.C. § 1983 based upon the continuing violations of Plaintiffs' rights under the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331 and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202. Supplemental jurisdiction over Plaintiffs' state law claims is pursuant to 28 U.S.C. §1367.

## PARTIES

4. Plaintiff, Shannon Irons, am a competent Adult. Hereto times relevant here occupant of the County of Los Angeles, California

5. Defendant does business throughout California, including in the County of Los Angeles, and provides business TV Cable, Telephone Internet and Wireless Internet Services related to the subject matter of this complaint within the County of Los Angeles, California.

6. Defendant is known as Spectrum as the brand owned by Charter Communications. The true names and capacities of Defendants named as DOES 1 through 100, inclusive, are currently unknown to Plaintiff who therefore sue said DOE Defendants by such fictitious names. Plaintiffs will amend this Complaint to show their true names and capacities when the same have been ascertained. Plaintiffs and the Class, are informed and believe, and based thereon allege, that DOES 1 through 100, inclusive, were responsible in some manner for the acts and transactions hereinafter alleged and are therefore liable to Plaintiffs and the Class.

7. Spectrum is a trade name of Charter Communications, used to market consumer and commercial cable television, internet, telephone, broadband, digital cable, digital telephone, HDTV, home security, internet security, mobile phone and VoIP phone

## COMPLAINT

SPECTRUM DISCRIMINATES AGAINST HOMELESS - 2

8. I, Shannon Irons individually and on behalf of all others similarly situated, bring this action against Charter Communications branded as Spectrum as Defendants and DOES 1-100. Plaintiff's allegations are based on information and belief unless otherwise indicated.

9. Plaintiff is presently unaware of the true names of the Defendants identified in the Complaint under the fictitious names Does 1-100.

## STATMEMENT OF FACTS

10. I, Shannon Irons, am in the Jurisdiction of the State of California specifically Los Angeles.

11. I, Shannon Irons, am technically "Homeless" meaning I do not have a "fixed location" or Physical Address as a Residence.

12. Upon applying for a Spectrum Account, I was immediately rejected because I cannot provide a fixed address with a zip code either online on the internet or calling on the phone. On the phone calling and talking to a Representative, The Representative Immediately insists on a Physical Address.

13. Because I could not provide a Physical Address, I was immediately rejected for a new Account. This is Discrimination.

## FIRST CAUSE OF ACTION

14. The fact that Spectrum requires a Physical Address eliminates the possibility for the Homeless to get a new Account also violates the Unruh Act or California Civil Code 51.b

15. CC 51.b. states:

> All persons within the jurisdiction of this state are free and equal, and no matter what their sex, race, color, religion, ancestry, national origin, disability, medical condition, genetic information, marital status, sexual orientation, citizenship, primary language, or immigration status are entitled to the full and equal accommodations, advantages, facilities,

*privileges, or services in all business establishments of every kind whatsoever.*

16. CC 51.b *"All Persons"* means EVERYONE in California is/are *"entitled to the services in all business establishment of every kind whatsoever"*. This includes Spectrum doing business in California.

## SECOND CAUSE OF ACTION

17. Plaintiff reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

18. U.S.C. §2000a states:

*(a)All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination on the ground of race, color, religion, or national origin.*

19. Spectrum is in clear violation of U.S.C. §2000a by requiring a physical address for their customers and is therefore in clear violation and is therefore Discrimination.

## PRAYER FOR REMEDY / RELIEF

Charter Communications also known as Spectrum must obey the Law which is not happening now. Because this discrimination occurs constantly and affects countless unknown Plaintiff seeks maximum relief and a Policy Change.

20. 1942 U.S.C. §12188. Enforcement b. 2.C.ii (ii) not exceeding $100,000 for any subsequent violation.

SPECTRUM DISCRIMINATES AGAINST HOMELESS - 4